No. 73–1996. McNeal v. California. Sup. Ct. Cal. Certiorari denied.

No. 73–2033. Kuklevich et ux. v. Union Local School District. Ct. App. Ohio, Belmont County. Certiorari denied.

No. 73–2034. Wilson v. Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 73–2041. Sewell et al. v. Penn Central Transportation Co. et al. C. A. 7th Cir. Certiorari denied.

No. 73–2044. Karp, Executrix, et al. v. Cooley et al. C. A. 5th Cir. Certiorari denied.

No. 73–2049. Straub et al. v. Woodahl, Attorney General of Montana, et al. Sup. Ct. Mont. Certiorari denied.

No. 73–2052. Pope et ux. v. Texas et al. Ct. Civ. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 73–2059. Broge et al. v. Florida. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 73–6215. Comcowich v. United States. C. A. 2d Cir. Certiorari denied.

No. 73–6280. Kelley v. United States;
No. 73–6407. Alonso et al. v. United States; and
No. 73–6413. Ziruolo v. United States. C. A. 3d Cir. Certiorari denied. Reported below: 491 F. 2d 748, 749, 750, and 752.